599 A.2d 973

**John J. KURTAS**

v.

**Bernadette J. KURTAS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1991.

Decided Nov. 22, 1991.

Albert Momjian, Saul Levit, Rachel R. Munafo, Philadelphia, for appellant.

Henry T. Crocker, Charles D. Garher, Jr., Pottstown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADOKAS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order 397 Pa.Super. 651, 571 A.2d 509, affirmed.

McDERMOTT and CAPPY, JJ., dissent.